AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

ALI MOORE

*Plaintiff(s)*

v.

CITY OF NEW YORK, et al.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 22-cv-10957(LGS)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Pablo A. Fernandez, Esq.
The Russell Friedman Law Group, LLP
400 Garden City Plaza, Suite 500
Garden City, New York 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**RIDER**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X   DOCKET NO.: 22-CV-10957
ALI MOORE,                                                                                    (LGS)

                                                                  Plaintiff,

          -against-

CITY OF NEW YORK, NEW YORK CITY POLICE OFFICER ANTONIO CASTELLUCCIO, in his individual and official capacity, NEW YORK CITY POLICE OFFICER SANJAY BAJNAUTH, in his individual and official capacity, NEW YORK CITY POLICE SGT. DAVID S. MALDONADO, in his individual and official capacity, NEW YORK CITY POLICE OFFICER DAVID CASTRO, in his individual and official capacity, NEW YORK CITY POLICE OFFICER NILSA PATRICIO, in her individual and official capacity, NEW YORK CITY POLICE OFFICER JOHN DOES #1-10 (fictitiously named), in their individual and official capacities, NEW YORK CITY FIRE DEPARTMENT EMT/EMS ROSAS #2679, in his individual and official capacity, NEW YORK CITY FIRE DEPARTMENT EMT/EMS VASQUEZ, in his individual and official capacity, NEW YORK CITY FIRE DEPARTMENT EMS/EMT JOHN DOES #21-30 (fictitiously named), in their individual and official capacities, NEW YORK CITY HEALTH + HOSPITALS, NEW YORK CITY HEALTH + HOSPITALS JOHN DOES #31-40 (fictitiously named), in their individual and official capacities, DOCTOR NURUR RAHAM, in his individual and official capacity, DOCTOR KALU AGWU, in his individual and official capacity, DOCTOR RYAN H. HASHE, in his individual and official capacity, DOCTOR GAUTAM BALASUBRAMANIA, in his individual and official capacity, HARLEM HOSPITAL, and HARLEM HOSPITAL JOHN DOES #41-50 (fictitiously named), in their individual and official capacities,

                                                                  Defendants.

1

To:

NEW YORK CITY POLICE OFFICER ANTONIO CASTELLUCCIO,
in his individual and official capacity
520 West 126th Street
New York, New York 10027

NEW YORK CITY POLICE OFFICER SANJAY BAJNAUTH,
in his individual and official capacity
299 South Street
New York, New York 10002

NEW YORK CITY POLICE SGT. DAVID S. MALDONADO,
in his individual and official capacity
520 West 126th Street
New York, New York 10027

NEW YORK CITY POLICE OFFICER DAVID CASTRO,
in his individual and official capacity
92-15 Northern Boulevard
Jackson Heights, New York 11372

NEW YORK CITY POLICE OFFICER NILSA PATRICIO,
in her individual and official capacity
520 West 126th Street
New York, New York 10027

NEW YORK CITY FIRE DEPARTMENT EMT/EMS ROSAS #2679,
in his individual and official capacity
9 Metrotech Center
Brooklyn, New York 11201

NEW YORK CITY FIRE DEPARTMENT EMT/EMS VASQUEZ,
in his individual and official capacity
9 Metrotech Center
Brooklyn, New York 11201

DOCTOR NURUR RAHAM, in his individual and official capacity
506 Lenox Avenue
New York, New York 10037

DOCTOR KALU AGWU, in his individual and official capacity
506 Lenox Avenue
New York, New York 10037

3

DOCTOR RYAN H. HASHE, in his individual and official capacity
506 Lenox Avenue
New York, New York 10037

DOCTOR GAUTAM BALASUBRAMANIA, in his individual and official capacity
506 Lenox Avenue
New York, New York 10037