**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

Attorney: The Russell Friedman Law Group, LLP
Address: 400 Garden City Plaza, Suite 500 Garden City, NY 11503

| | |
|---|---|
| ALI MOORE, *Plaintiff* vs CITY OF NEW YORK, et al., *Defendant* | Civil Action #: 1:22-cv-10957(LGS) <br> Client's File No.: <br> Court Date: <br> Date Filed: <br> Amended D/F: 03/29/2023 |

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

# AFFIDAVIT OF SERVICE

Latchme D. Drepaul, being sworn says:
Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **4/4/2023**, at **11:08 AM** at: **9 METROTECH CENTER, BROOKLYN, NY 11201** Deponent served the within **Summons in a Civil Action and First Amended Complaint (Jury Trial Demanded)**

On: **NEW YORK CITY FIRE DEPARTMENT EMT/EMS VASQUEZ, in his individual capacity**, therein named.

Said documents were conformed with index number endorsed thereon.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Anthony Adams (Clerk) a person of suitable age and discretion who stated that he/she is authorized to accept service. Said premises is recipient's :[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**
Sex: Male   Color of skin: Black   Color of hair: Black   Glasses: Yes
Age: 36-50   Height: 5ft 9inch - 6ft 0inch   Weight: 161-200 Lbs.   Other Features: Mustache

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☐ **#5 OTHER**

☒ **#6 MAILING**
Latchme D. Drepaul being duly sworn, deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by First Class mail on: **4/4/2023** to **NEW YORK CITY FIRE DEPARTMENT EMT/EMS VASQUEZ, in his individual capacity** at **9 METROTECH CENTER, BROOKLYN, NY 11201** in an official depository of the United States Postal Service in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Sworn to before me on 4/4/2023

BALDEO C. DREPAUL
Notary Public, State of New York
Registration No. 01DR6349410
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/17/2024

Latchme D. Drepaul
DCA License # 2066896

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542*