**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------- X
                                                              :
ALI MOORE,                                                    :
                              Plaintiff,                      :
                                                              :    22 Civ. 10957 (LGS)
             -against-                                        :
                                                              :    ORDER
CITY OF NEW YORK, et al.,                                     :
                              Defendants.                     :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference is scheduled in this action for May 3, 2023, at 4:00 P.M.  It is hereby

**ORDERED** that the conference scheduled for May 3, 2023, at 4:00 P.M., is **adjourned** to **May 3, 2023, at 4:10 P.M.**, on the following conference line: 888-363-4749, access code: 558-3333.

Dated: May 1, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**