UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ALI MOORE,  :
                              Plaintiff,  :
                                     :
              -against-  :  22 Civ. 10957 (LGS)
                                     :
CITY OF NEW YORK, et al.,  :  <u>ORDER</u>
                            Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on May 3, 2023, at 4:10 P.M. to discuss Plaintiff's counsel's anticipated motion to withdraw;

      WHEREAS, Plaintiff did not appear, despite the Court's Order at Dkt. No. 54.  It is hereby

      **ORDERED** that, by **May 10, 2023**, Plaintiff's counsel shall file its motion to withdraw.  It is further

      **ORDERED** that, as discussed at the conference, Defendants need not produce newly obtained records relevant to the incidents alleged in the Amended Complaint until the anticipated motion to withdraw is resolved and until further order from the Court.

      The Clerk of Court is respectfully directed to close the motion at Dkt. No. 53.

Dated: May 4, 2023
       New York, New York

                                                              LORNA G. SCHOFIELD
                                                           UNITED STATES DISTRICT JUDGE