07/10/23
22CV10957
Ali Moore

**Defendants shall file a response to Plaintiff's request to transfer venue, not to exceed three pages, by July 19, 2023.  So Ordered.**

**The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.**

**Dated: July 12, 2023**
       **New York, New York**

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

## Motion to Change Venue

Dear Judge Lorna G. Schofield,

ALI Moore, the plaintiff in the above-mentioned case, hereby submit this motion to request a change of venue from the current district court to the federal court located in Baltimore, Maryland, for the following reasons:

Change of Residence: before the start of this case in federal court, I relocated from New York City to Baltimore, Maryland. My current residence is at 1630 E Cold Spring Lane Baltimore, Maryland. This change of residence poses significant practical difficulties and financial constraints in pursuing the case in the current jurisdiction. Moving the case to the federal court in Baltimore, Maryland, would ensure that I can more effectively participate in the proceedings, reducing the burdens of travel, accommodation, and related expenses.

Personal Circumstances: I would like to bring to the court's attention that I am currently unemployed and have no stable income. I face considerable financial hardship in continuing the litigation in a distant jurisdiction. Transferring the case to Baltimore, Maryland, would alleviate this burden, allowing me to focus on the substantive aspects of the case rather than being hampered by financial constraints.

Violation of Constitutional Rights: Over the course of the past six years, I have experienced consistent violations of my constitutional rights, specifically under the Fourth and Fourteenth Amendments. These violations have occurred at the hands of law enforcement agencies and public hospitals, including Emergency Medical Technicians (EMTs), in New York City. The persistence of these violations highlights a pattern of disregard for civil liberties, which has undermined my confidence in the local judiciary's ability to impartially adjudicate the matter.

Analogies to Semi-Slavery and Historical Comparisons: Regrettably, the violations I have endured evoke unsettling historical parallels, such as semi-slavery in the United States and the oppressive practices witnessed in Nazi Germany. While these comparisons serve to underscore the gravity of the situation, they also emphasize the urgent need for a fair and unbiased judicial process that can rectify the injustices I have suffered.

Given the aforementioned circumstances, I respectfully request that this honorable court exercise its discretion under 28 U.S.C. § 1404 and transfer this case to the federal court located in Baltimore, Maryland. This transfer would ensure the convenience of all parties involved, promote the interests of justice, and provide a more suitable venue for the resolution of this matter.

I would be grateful for the court's careful consideration of this motion, as I believe that a change of venue is crucial to upholding the principles of fairness, equity, and the protection of constitutional rights.

Also known of your attorneys in new york state wanna touch the cases or give legal advice. New York State  is a rogue state and I recommend you study Nazi Germany and America with prison leasing during the time of Semi slavery.  Like  Nazi Germany, the majority of the state of New York is complicit in  not providing justice for people within my racial ethnic group.  Also my former attorney Pablo  did not send me the complaint for review until after sending out . I did not see the complaint until April 17 2022.  Also all the attorneys I have spoken to in New York State don't wanna take the cases or don't wanna get back to me.  Also Pablo was under minding my  cases the more I read my complaint. Also he was supposed to include Morningside Gardens Heights Housing Corporations.. I never once had justice for what happened to me on October 1, 2015 , July 2018 or February 11, 2020.  Most attorneys do not touch these cases in New York City which is another indicator that New York City is a rogue state.

Study Prison leasing durning Semi Slave and Chaim Mordechaj Rumkowski -  give me the childrens speech. Like the United States Prison industrial complex exploiting Black Americans for  free labor during  Semi Slavery. It's repeating itself with the Medical industrial complex,  but exploiting Black Americans for free medical insurance money. After falsely imprisoning my racial ethnic group and doing false evaluations against our will - while putting us on brain altering drugs. You have Black American families that behave in the same manner as the Jews during Nazi germany.  Where they sent their children off to die in the concentration camps - which was made by a psychologist. Majority of New Yorkers are pro social status quo  not pro constitutional - white collar crime or White supremacy.

During the Jim Crow era in the United States, prison leasing was a practice that allowed states to lease out incarcerated individuals to private entities for labor purposes. This system was particularly prevalent in the Southern states from the late 19th century to the early 20th century. Under prison leasing, prisoners, predominantly African Americans who were often imprisoned for minor offenses or due to discriminatory

practices, were leased to companies, plantations, and other entities to work under harsh conditions. The leased prisoners would perform various types of labor, including agricultural work, mining, logging, and construction. Prison leasing was highly exploitative, with prisoners subjected to dangerous working conditions, inadequate housing, and physical abuse. The profits generated from their labor primarily benefited the private entities that employed them, while the incarcerated individuals received no compensation and often experienced further deprivation of their rights. This system perpetuated racial inequalities and served as a means of continuing forced labor and economic exploitation of African Americans following the abolition of slavery. It was a manifestation of the systemic racism and discrimination prevalent during the Jim Crow era, where African Americans were denied equal rights and subjected to various forms of oppression. Reforms and legal challenges eventually led to the abolition of prison leasing as public awareness grew about the inhumane conditions and abuses associated with the practice. However, it left a lasting impact on the criminal justice system and further highlighted the racial disparities that persist to this day. Also Obama passed the  policy The Affordable Care Act that contributed to this mistreatment Black Americans. He  also mocked my racial ethnic group in flint michigan and did not reallocate or past policies exclusively  for my racial ethnic group that descends from slavery in America - Native Black Americans. This government renovates its subjugations and Marginalization of  my racial ethnic group pre each generation.

Chaim Rumkowski, also known as Mordechai Chaim Rumkowski, was a Jewish leader during the Holocaust in Poland. He was born on February 27, 1877, in what is now present-day Poland. During World War II, Rumkowski was appointed as the head of the Łódź Ghetto, one of the largest Jewish ghettos established by the Nazis. He assumed a position of authority and became known as the Chairman of the Jewish Council, or Judenrat, in the Łódź Ghetto. The Judenrat was a forced administrative body set up by the Nazis to carry out their orders and manage the Jewish population within the ghettos.

In the speech, Rumkowski emphasized the difficult circumstances they were facing and argued that the deportation of children was necessary to ensure the survival of the larger community.

He believed that by complying with the Nazis' demands and sacrificing the children, the ghetto would be able to sustain itself and protect the remaining inhabitants from annihilation. He sent them off to die in the concentration camps. I know Obama made you Judge in federal court and this is not to mock you;  but it's very Ironic that my former  attorney was supposed to send the complaint to federal court before October 31, 2022 .  He never sent it for me to review it either until April 17 2022 through his assistant. Obama is a college alumni of Columbia University like my mother Karen Eubanks. My mother has practiced the very same form of racism that White supremacist  women practice towards Native Black Americans(Black American).  During Jim Crow by Lying and falsely calling the police (state)or white men( sub

ethnic european groups- Hispanics) to subjugate and marginalize and violate her sons constitutional rights. Morningside Gardens is right by Columbia University and I grew up around a lot of College alumni and Professors.  who saw me being taken advantage of by law enforcement for years and didn't lift a figure up to help. Including people's  children who I grew up with. Instead they were putting on a front during 2020 or 2021 with a big sign saying black lives matter to hide the fact that they were pro systemic white supremacy - which they are, it's called the switch up.  I can see that Columbia university  educates  Black Americans and Foundational Black Americans to participate in the subjugations and marginalization of their own group.  By socializing them to be pro social status quo. My grandfather who is a former alumni was the exception to the rule. He didn't behave like them, his cultural intelligence was still intact. He would never be friends with fascist because he fought against them in world war 2. Also he left New York City with his family and moved to Baltimore - now I'm beginning to start to understand why.  New York State is a fascist state like Florida - Florida has banned the studying of  black history in their state because of the people and governor. New York state has brought back policies under  Eric Adams as mayor like stop and frisk, but disguised as mental health policies.  Also the democratic party, republican party and liberal party. Have not offered any policies or resources exclusive  to my racial ethnic group ever since The Civil Rights Movement. It's been 155 years of semi-slavery, not 100. I was turned into a Semi slave for over the last 6 years. Also just to let you know,  this country is still not enforcing the laws still for people with my racial ethnic group.  1866 Indian treaties were black freemans  are supposed to be getting the same benefits as Native Americans because Native Americans participated in the institution of slavery and maintained it - 5 civilized tribes fought for the confederacy.  Slavery in America only goes back  to your grandparents and their grandparents being slaves. Democratic party and some of their candidates are now saying they are extinct, the racism towards black freemen and their descendants have become more overt.  Also study Latin Cubans immigrants who came over here during the 1950s and 1960s  who were deported from Cuba after Fidel Castro took power - they were deported to Florida. Look at Florida now and its governor again - making black study illegal. Look at what happened to me on October 6, 2015,   July 2018, February 11, 2020, October 1 2021 to October 5 2021 with me with false imprisonment  and my 4th and 14 amendment being violated  every single time percinit 26 which is mostly hispanic.  Also private civilians who are latino were influenced to attack more Native Black Americans(Black Freeman)from this. Public resources influencing private civilians to attack Native Black Americans. My Former attorney did not include Morningside gardens because he was communicating with the posing side and obviously undermining my cases. When I told him to include them in  the law suite. New York City is a police state and Eric Adams is not looking out for black people - he's looking out for the blue - Look at his policies.

I'm not waiting for 100 years for the government to admit this happened and that it was wrong. I need to get this handle and set an example.  These people think my racial ethnic group will forgive them every single time they do this - They're very wrong. This was done by christians too and I wont ever forgive or drop this.

I quote"Fulgencio Batista murdered 20,000 Cubans in seven years ... and he turned Democratic Cuba into a complete police state—destroying every individual liberty. Yet our aid to his regime, and the ineptness of our policies, enabled Batista to invoke the name of the

United States in support of his reign of terror".

I quote"From late September through October 1937, an estimated 15,000 Haitian men, women, and children were systematically murdered in the Dominican Republic on the orders of the country's dictator Rafael Leónidas Trujillo Molina. It was also based in colorism.

Thank you for your attention to this matter.

Sincerely,

[Ali Moore]