UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ALI MOORE,
                              Plaintiff,

                -against-                        22 Civ. 10957 (LGS)

CITY OF NEW YORK, et al.,                      ORDER
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on August 9, 2023, to discuss Plaintiff's efforts to retain new counsel and request to amend the First Amended Complaint. It is hereby

**ORDERED** that, by **September 6, 2023**, Plaintiff shall file his Second Amended Complaint. It is further

**ORDERED** that, as discussed at the conference, Defendants shall file any motions to dismiss, with memoranda of law not to exceed 25 pages, by **September 27, 2023**. To the extent possible, Defendants shall collaborate to avoid duplicative filings. Defendants are encouraged to designate one Defendant to brief any common arguments, and the other Defendants may join the arguments or incorporate them by reference. Plaintiff shall file his opposition by **October 18, 2023**. If Defendants file one motion, Plaintiff's opposition shall not exceed 25 pages. If Defendants file two motions, Plaintiff's opposition shall not exceed the total number of pages of both of Defendants' memoranda of law combined. Plaintiff may file his opposition to both motions in a single document. Defendants shall file their replies, not to exceed 10 pages, by **October 27, 2023**.

Dated: August 10, 2023
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE