```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  ALI MOORE,                                                 :
                                      Plaintiff,             :
                                                             :
                 -against-                                   :         22 Civ. 10957 (LGS)
                                                             :
  CITY OF NEW YORK, et al.,                                  :              ORDER
                                      Defendants.            :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on September 5, 2023, Plaintiff filed his Fourth Amended Complaint;

    WHEREAS, Defendants Karen Eubanks, Earl Moore, Morningside Heights Housing Corporations, First Service Residential, James Aaronson, Mount Sinai St. Lukes Hospital and Mount Sinai Health System have not appeared or been served with the Fourth Amended Complaint.  It is hereby

    **ORDERED** that Plaintiff shall request the issuance of summons for these Defendants, serve these Defendants and file proof of service on the docket by **December 4, 2023**.  Plaintiff may request the issuance of summons using this form:

https://www.nysd.uscourts.gov/sites/default/files/2018-06/Summons-1_0.pdf.  Plaintiff shall then serve these Defendants with a copy of the summons and Fourth Amended Complaint by following Federal Rule of Civil Procedure 4, which requires that the server be a person "who is at least 18 years old and not a party."  Fed. R. Civ. P. 4(c)(2).  In other words, Plaintiff himself may not be the server.  However, Plaintiff may ask a trusted family member or friend who is over 18 years old to be the server, or he may hire a professional process server.  Plaintiff is directed towards Federal Rule of Civil Procedure 4(e) for instructions on how to serve an individual and Federal Rule of Civil Procedure 4(h) for instructions on how to serve a corporation.  Plaintiff may use the following form to fulfill the proof of service requirement:

https://www.nysd.uscourts.gov/sites/default/files/2018-06/2013-affirmation-of-service.pdf.

Plaintiff is encouraged to speak with the New York Legal Assistance Group if he has questions about how to serve Defendants. Plaintiff is also encouraged to visit the Southern District of New York's website for answers to commonly asked questions by pro se litigants: https://www.nysd.uscourts.gov/prose-faqs. A copy of Federal Rule of Civil Procedure 4 can be found here: https://www.law.cornell.edu/rules/frcp/rule_4. Failure to comply with this Order may result in dismissal of the case against those Defendants.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

Dated: November 13, 2023
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**