

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**EVAN J. GOTTSTEIN**
*Assistant Corporation Counsel*
egottste@law.nyc.gov
Phone: (212) 356-2262
Fax: (212) 356-3509

December 8, 2023

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>Ali Moore v. City of New York</u>, 22 Civ. 10957 (LGS)

Your Honor:

I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for defendants the City of New York, David Castro, Nilsa Nivar (formerly Nilsa Patricio), Sanjay Bajnauth, Antonio Castelluccio, and David Maldonado (hereinafter "City defendants") in the above-referenced matter. City defendants write pursuant to the Court's December 1, 2023 Memo Endorsement ordering City defendants to file a letter with an update on the status of representation for Defendants Maldonado and Rosas. ECF No. 110.

This Office now represents Defendant Maldonado, and Defendant Maldonado joins in City defendants' motion to dismiss that was filed on November 8, 2023.

With respect to former FDNY EMT Rosas, City defendants last reported that Mr. Rosas was no longer employed by the FDNY. We then encountered some issues with representation that required internal review before we could speak to Mr. Rosas. This Office has now determined that we can represent him; however, we require additional time to do so because he can only be reached by U.S. Mail.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

*Evan J. Gottstein*           /s/
Evan J. Gottstein
Assistant Corporation Counsel

cc: Eldar Mayouhas, Esq. (Via ECF)
*Attorney for NYCH+H Defendants*

Ali Moore (Via U.S. Mail)
*Plaintiff Pro Se*