```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/11/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALI MOORE,                                       :
                                                 :        22-CV-10957 (LGS) (RWL)
                              Plaintiff,          :
                                                 :
              - against -                         :        **ORDER**
                                                 :
CITY OF NEW YORK, et al,                          :
                                                 :
                              Defendants.         :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        This case has been referred to me for general pretrial purposes.  (*See* Dkt. 132.)

By January 25, 2024, the parties shall file a status letter (jointly or separately) advising

the Court as to:  (1) the current status of service on each Defendant; (2) the pendency of

any motions (with reference to docket numbers); (3) efforts to settle the case, and the

parties' views on timing of a settlement conference with the Court's mediation program or

myself; and (4) any issues requiring the Court's attention..


                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: January 11, 2024
        New York, New York

Copies transmitted this date to all counsel of record.  The Court respectfully requests the
Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Ali Moore
2506 E. Overland Avenue
Baltimore, MD 21214

1