USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALI MOORE,                                          :         22-CV-10957 (LGS) (RWL)
                            Plaintiff,         :
                                                :
                - against -                               :         **ORDER**
                                                :
CITY OF NEW YORK, et al,                       :
                                                :
                                Defendants.    :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court is in receipt of Plaintiff's unsigned letter filed February 3, 2024 asking for an extension of time "for anything that is needed." (Dkt. 140.) The next deadline in the case is February 16, 2024, when Defendant City of New York is due to file its reply in further support of its motion to dismiss. After that is filed, the Court will address the motion in due course.

      Plaintiff's next deadline is February 29, 2024 for serving any defendants not yet served, including Mount Sinai Health System, EMT Vasquez, Karen Eubanks, Earl Moore, Morningside Heights Housing Corporations, First Service Residential, James Aaronson, and Mount Sinai St. Lukes Hospital. As previously directed in the Court's January 10, 2024 order at Dkt. 130, Plaintiff shall provide the U.S. Marshal with the addresses of any remaining defendants to be served. In light of Plaintiff's request, the Court will extend the deadline to effect service one last time. Accordingly, Plaintiff must provide the U.S. Marshal with any addresses of defendants not yet served by February 27, 2024. Failure to effect service by March 27, 2024 will result in dismissal of those unserved defendants. Even when the U.S. Marshal provides assistance in effecting

service, Plaintiff maintains the responsibility for ensuring that service is made in timely fashion. As previously notified, Plaintiff is encouraged to speak with the New York Legal Assistance Group if he has questions about how to serve Defendants.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 6, 2024
New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff at:

Ali Moore
2506 E. Overland Avenue
Baltimore, MD 21214