```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALI MOORE,                                              :        22-CV-10957 (LGS) (RWL)
                              Plaintiff,                :
                                                        :
         - against -                                    :        ORDER
                                                        :
CITY OF NEW YORK, et al,                                :
                                                        :
                              Defendants.               :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiff's most recent communications regarding service on certain defendants (*see* Dkts. 145-150). The Clerk of Court is respectfully requested to provide the U.S. Marshal with the address list provided at Dkt. 150 so that the Marshal can execute service of summons along with the Fourth Amended Complaint (Dkt. 86) on the following entities and persons: Morning Side Heights Housing Corporation; First Service Residential; Sebastian Earl Moore; and Karen Eubanks.

Plaintiff has moved for alternative service, leave to serve by publication, appointment of a special process server, discovery to obtain addresses and to compel defendants to disclose addresses, all specifically for (1) James Aaronson and (2) "Ralph St. Lion." (Dkts. 145-149.) Plaintiff previously filed similar motions, which were resolved by the Court at Dkt. 130. Plaintiff indicates that he believes Morning Side Heights Housing Corporation is likely to have address information for Mr. Aaronson, and Earl Moore is likely to have address information for "Ralph." (Dkts. 145-149.) Accordingly, the motions at 145-149 are denied without prejudice. If Morning Side Heights Housing Corporation and Sebastian Earl Moore are successfully served, then Plaintiff may seek the address

information for Mr. Aaronson and "Ralph" from them.  Plaintiff's deadline to effect service on any additional defendants remains March 27, 2024.  The Court encourages Plaintiff to continue reaching out to New York Legal Assistance Group even if he has had trouble connecting with someone there.

      The Clerk of Court is directed to terminate the motions at Dkts. 145, 146, 147, 148, and 149.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 29, 2024
      New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff at:

Ali Moore
2506 E. Overland Avenue
Baltimore, MD 21214