UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALI MOORE,                                          :       22-CV-10957 (LGS) (RWL)
                           Plaintiff,               :
                                                    :
     - against -                                    :       **ORDER**
                                                    :
CITY OF NEW YORK, et al,                            :
                                                    :
                           Defendants.              :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the information provided by Plaintiff correcting the address for defendant FirstService Residential (Dkts. 152, 153):

1. The Clerk of Court is respectfully directed to issue a new summons for FirstService Residential at: 575 5th Ave 9th Floor, New York, NY 10017, and to provide the same to the U.S. Marshal for service.

2. The U.S. Marshal is respectfully directed to effect service of the new summons on FirstService Residential.

The Clerk of Court is directed to terminate the letter motion at Dkts. 152 and 153.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 4, 2024
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff at:

Ali Moore
2506 E. Overland Avenue
Baltimore, MD 21214