22CV10957
3/4/2024
Ali Alexander Moore

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2024

Request denied without prejudice based on order at Dkt. 151.

SO ORDERED:

3/6/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re: Case No. [Insert Case Number]

Motion to Compel Discovery

Dear Judge [Judge's Last Name],

I am writing to submit this Motion to Compel Discovery in the above-referenced case. Pursuant to this, I respectfully request that the court compel the disclosure of certain information that is essential to the preparation of my case.

Plaintiff's Motion: Plaintiff, Sebastian Earl Moore, seeks to obtain the address information of the defendant, Ralph, to facilitate service of process and further proceedings in this matter.

Defendant's Motion: Defendant, Morningside Housing Corporation, seeks to obtain the address information of the plaintiff, James Aaronson, to facilitate communication and exchange of relevant documents in this case.

Legal Basis: Discovery is an essential phase of the litigation process, allowing parties to obtain information and evidence relevant to their claims or defenses. The requested address information is necessary for proper service of process, communication, and the efficient resolution of this case.

Attempts to Obtain Information: Despite diligent efforts, the parties have been unable to obtain the requested address information through informal means. Therefore, formal judicial intervention is necessary to compel compliance with discovery requests.

Relief Requested: Plaintiff requests that the court compel Sebastian Earl Moore to disclose Ralph's address information. Defendant requests that the court compel Morningside Housing Corporation to disclose James Aaronson's address information.

Supporting Documentation: Attached hereto are copies of the relevant discovery requests previously served upon the opposing parties, as well as any responses received, demonstrating the need for judicial intervention.

Compliance with Local Rules: I certify that I have conferred with the opposing party in good faith, as required by [local court rules or procedures], in an attempt to resolve this matter prior to filing this motion.

For the foregoing reasons, I respectfully request that the court grant this Motion to Compel Discovery and order the disclosure of the requested address information.

Thank you for your attention to this matter.

Respectfully submitted,