Application **GRANTED**. Defendants Morningside and FirstService shall file any motion to dismiss, with a memorandum of law not to exceed 25 pages, by **July 12, 2024**. Plaintiff shall file any opposition, not to exceed 25 pages, by **August 9, 2024**. Defendants Morningside and FirstService shall file any reply, not to exceed 10 pages, by **August 30, 2024**. So Ordered.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

Dated: June 24, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**VIA ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**   *Ali Moore v. FirstService Residential New York, Inc. et al.*
            22-CV-10957 (LGS)

Dear Judge Schofield:

      We represent defendants FirstService Residential New York, Inc. ("FirstService") and Morningside Heights Housing Corporation ("Morningside") (together "Defendants") in the above-referenced action. Defendants' motion to dismiss ("Motion") is currently due by June 28, 2024 [Dkt. 175]. In accordance with Your Honor's Individual Rules and Procedures for Civil Cases I.B.3, we respectfully request a fourteen (14) day extension of time to file the Motion. We request the time as a number of matters arose, both professional and personal, for the undersigned, who also is leaving the country this coming Monday, the 24th, not returning until July 4th. Thus, should the Court grant this request, Defendants will file on July 12th, plaintiff's deadline will be August 9th, and Defendants' reply will be due on August 30th. This is Defendants' first such request. We did not confer with plaintiff as he is *pro se* and PACER provides no phone number or email.

      Accordingly, Defendants respectfully request their time to answer, move, or otherwise respond to the complaint be extended thirty (30) days from the date of the Court's order. This will affect no other deadlines. We thank the Court for its consideration of this application.

                                                                 Yours very truly,

                                                                 Mark A. Beckman

MAB:tj