```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ALI MOORE,                                          :

                Plaintiff,           :      22-CV-10957 (LGS) (RWL)

                                     :

        - against -                         :      **ORDER**

                                     :

CITY OF NEW YORK, et al,                   :

                                     :

                Defendants.  :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves Plaintiffs' motions to compel at Dkt. 183 and 184, which seek to compel certain information from defendants Karen Eubanks and James Aaronson, respectively.  Neither of those individuals have yet appeared in the action.  There is a proof of service for Eubanks (Dkt. 176), but there appears to be none for Aaronson.  From the face of the motions, the information sought appears to be irrelevant to the case.  In any event, the motions are denied without prejudice as premature.  No motion to compel should be filed until the particular defendant has appeared; discovery has commenced; and the parties have met and conferred in good faith.

      The Clerk of Court is directed to terminate the motions at Dkt. 183 and 184.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: July 18, 2024
      New York, New York

Copies transmitted this date to all counsel of record.

1