USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _08/13/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALI MOORE,                                                    :          22-CV-10957 (LGS) (RWL)

                 Plaintiff,          :

                                  :

         - against -                          :          **ORDER OF SERVICE**

                                  :

CITY OF NEW YORK, et al,                                :

                                  :

               Defendants.  :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       To allow Plaintiff, proceeding pro se, to effect service on Defendants Officer Gabriela Flores Tapia (Shield No. 16056), Officer David Franklin (Shield No. 25499), Officer Christopher Torturo (Shield No. 2377), Sergeant Joseph Angelone (Shield No. 718), P.O. Georaida Germonsen, and P.O. Francis Senajour through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process receipt and Return Form (USM-285 form) for each of those Defendants at the addresses listed in the Complaint:

       Officer Gabriela Flores Tapia (Shield No. 16056)
       26th Precinct
       520 West 126th Street
       New York, New York 10027

       Officer Christopher Torturo (Shield No. 2377)
       26th Precinct
       520 West 126th Street
       New York, New York 10027

       Officer David Franklin (Shield No. 25499)
       NYPD Intelligence Bureau
       1 Police Plaza
       New York, New York 10038

Sergeant Joseph Angelone (Shield No. 718)
NYPD Health and Wellness Section
90 Church Street
New York,New York 10007

P.O. Georaida Germonsen
2866 Miles Avenue,
Bronx, New York 10465

P.O. Francis Senajour
45 West 139th Street, Apt. #15M
New York, New York 10037

The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon those Defendants.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).  Plaintiff also must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 13, 2024
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.