```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALI MOORE,                                       :         22-CV-10957 (LGS) (RWL)
                              Plaintiff,         :
                                                 :
        - against -                              :         ORDER
                                                 :
CITY OF NEW YORK, et al,                         :
                                                 :
                              Defendants.        :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/22/2024

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court's order at Dkt. 198 was issued in error and is stricken. The Court understands Plaintiff's filing at Dkt. 197 to be a partial response to the motion to dismiss the fourth amended complaint filed by Defendants First Service Residential New York, Inc. and Morningside Heights Housing Corporation. The Court further understands Plaintiff's filing at Dkt. 196 to be a request for an extension to file a complete response. At Dkt. 191, the Court sua sponte previously granted Plaintiff a "one-time" extension of time to respond to the motion by September 4, 2024 (as Plaintiff had not filed any response by the August 2, 2024 deadline). Plaintiff's instant request for an extension of time at Dkt. 196 therefore is denied; to be clear, however, Plaintiff still has until **September 4, 2024** to supplement the response he already has filed.

1

2

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 22, 2024
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.