USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALI MOORE,                                         :     22-CV-10957 (LGS) (RWL)

                Plaintiff,     :

      - against -                              :     **ORDER**

CITY OF NEW YORK, et al,                     :

              Defendants.   :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order addresses Plaintiff's letter at Dkt. 201. Discovery has not yet commenced; however, all parties must adhere to rules regarding preservation of evidence. The request to conduct an inquiry into evidence tampering is denied without prejudice as premature and without adequate basis. The Court will separately issue an order setting a date for an initial pretrial conference, prior to which the parties shall comply with the requirements to meet and confer and file a proposed case management plan and scheduling order.

      The Clerk of Court is directed to terminate the letter motion at Dkt. 201.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 30, 2024
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.