USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALI MOORE,                                              :     22-CV-10957 (LGS) (RWL)
                              Plaintiff,                :
                                                        :
          - against -                                   :     **ORDER**
                                                        :
CITY OF NEW YORK, et al,                                :
                                                        :
                              Defendants.               :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiff's letters at Dkt. 208 and 209.

1. As with Plaintiff's earlier request, Plaintiff's request to move to compel is denied without prejudice as premature. Discovery has not yet begun. The parties will be able to serve discovery requests and obtain documents after entry of a case management order. A case management conference is scheduled for that purpose for November 3, 2024. (*See* Dkt. 204.)

2. The Court confirms it received Plaintiff's "counter-statement" filed at Dkt. 197. (*See* Dkt. 199.)

3. Plaintiff has requested that the Court grant an "order for email notification." (*See* Dkt. 208 and 209.) To obtain notice by email notification, Plaintiff must file the requisite consent form available on the Southern District's web site at https://www.nysd.uscourts.gov/sites/default/files/pdf/proseconsentecfnotice-final.pdf.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 17, 2024
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.