```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/24/2024
```

22cv10957

09/20/2024

Ali Moore

The request to correct does not identify the order for which Plaintiff requests correction. Accordingly, the motion is denied without prejudice to renew, provided that Plaintiff identifies the relevant order.

SO ORDERED:

09/24/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**Motion to Correct Typographical Errors**

To the Honorable Judge

**Introduction**

I, **Ali Moore**, the [plaintiff/defendant] in the above-referenced case, respectfully submit this *Motion to Correct Typographical Errors* pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, which allows for the correction of clerical mistakes arising from oversight or omission in judgments, orders, or other parts of the record.

**Identification of Errors**

Upon review of the Court's , it appears there are typographical errors that require correction for the record to accurately reflect the Court's ruling. These errors are as follows:

**I needed to add more info to clarify based on evidence not personal opinion** On page 1, 2 on both papers, in the [specific section], the word **recording** is used, whereas it should read **records**.

**This is not based on opinion ,but evidence** On page 1, 2 on both papers, in the [specific section], the date listed as **2023** should be corrected to **2024**.

**See other typos are highlighted]**.

These errors are clerical in nature and do not affect the substance of the Court's ruling. However, for the sake of accuracy in the court record, it is respectfully requested that the Court correct these errors.