```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALI MOORE,                                          :        22-CV-10957 (LGS) (RWL)

                      Plaintiff,    :

                                                    :

           - against -                                :        **ORDER**

CITY OF NEW YORK, et al,                   :

                     Defendants.  :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On September 17, 2024, the Court granted NYCHHC Defendants' request for an extension to September 26, 2024 (the previous deadline having been September 12, 2024), to provide the information requested by the earlier Valentin order. (*See* Dkt. 214.) No response has been filed. Accordingly, the NYCHHC Defendants shall file the requisite response by October 1, 2024.

                                                    SO ORDERED.

                                                    _____
                                                    ROBERT W. LEHRBURGER
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: September 27, 2024
        New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.