

Eldar Mayouhas
77 Water Street, Suite 2100
New York, New York 10005
Eldar.Mayouhas@lewisbrisbois.com
Direct: 646.783.0933

September 27, 2024								File No.: 55028.18

**Via ECF**
Hon. Robert W. Lehrburger
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

>	Re:	*Ali Moore v. New York City Health + Hospitals, et al.*
>		Case No.: 22-cv-10957 (LGS)(RWL)

Dear Magistrate Judge Lehrburger:

We represent defendants New York City Health + Hospitals, Dr. Nurur Rahman, Dr. Kalu Agwu, Dr. Ryan H. Hashem and Dr. Gautam Balasubramania Pandian and apologize for our oversight in failing to upload our response to the Court's *Valentin* order.

The information for the Hospital Police involved in plaintiff's admission are as follows:

- Sgt. Joel Rivera, is actively employed at Bellevue and may be served there;
- Captain David Lopez's last known address is 1180 Anderson Avenue, Bronx, New York 10452.
- Officer Terrence Pemberton's last known address is 1460 Arnow Avenue, Bronx, New York 10469.
- Officer Georaida Germonsen last known address is 2866 Miles avenue, Bronx, New York 10465
- Officer Francis Senajour's last known address is 45 West 139th street, Apt.15M, New York, New York 10037.

We lack sufficient information to identify the medical Doe defendants other than to note that, aside from the already named defendants, the following are noted as being part of the treatment team:

- Chang Young Cho, NP (currently employed at Harlem Hospital, may be served at Bellevue);
- Eguagie Ehimwenma, RN (currently employed at Harlem Hospital, may be served at Bellevue);

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA • MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
146354947.1

Ali Moore v. New York City Health + Hospitals, et al.
Case No.: 22-cv-10957 (LGS)(RWL)
LBBS File No.: 55028.18
September 27, 2024
Page 2

    -Crystal Channel Allman, RN (currently employed at Woodhull Hospital, may be served at Bellevue);and
    -Emilia C. Okoroma, RN (currently employed at Queens Hospital, may be served at Bellevue).

    Additionally, Kemp Thane Herzberg, RN (currently employed at Harlem Hospital, may be served at Bellevue), entered a note in the chart.

    We thank the Court and the parties for their understanding

                                Respectfully submitted,

                                Eldar Mayouhas of
                                LEWIS BRISBOIS BISGAARD & SMITH LLP


**VIA REGULAR MAIL:**

Ali Moore
PLAINTIFF PRO SE
2506 E. Overland Avenue
Baltimore, Maryland 21214

146354947.1