Case 1:22-cv-10957-LGS-RWL   Document 225   Filed 10/01/24   Page 1 of 3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/01/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALI MOORE,                                        :    22-CV-10957 (LGS) (RWL)
                          Plaintiff,     :
                                          :
       - against -                       :    **ORDER OF SERVICE**
                                          :
CITY OF NEW YORK, et al,            :
                                          :
                      Defendants.  :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      To allow Plaintiff, proceeding pro se, to effect service on Defendants Sergeant Joel Rivera, Captain David Lopez, Officer Terrence Pemberton, Officer Georaida Germonsen, Oficer Francis Senajour, Chang Young Cho (NP), Eguagie Ehimwenma (RN), Crystal Channel Allman (RN), Emilia C. Okoroma (RN), and Kemp Thane Herzberg (RN) through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process receipt and Return Form (USM-285 form) for each of those Defendants at the addresses listed in the Complaint:

    Sergeant Joel Rivera
    Bellevue Hospital
    462 1st Avenue,
    New York, New York 10016

    Captain David Lopez
    1180 Anderson Avenue
    Bronx, New York 10452

    Officer Terrence Pemberton
    1460 Arnow Avenue
    Bronx, New York 10469

    Officer Georaida Germonsen
    2866 Miles Avenue
    Bronx, New York 10465

Officer Francis Senajour
45 West 139th Street, Apt. #15M
New York, New York 10037

Chang Young Cho (NP)
Bellevue Hospital
462 1st Avenue,
New York, New York 10016

Eguagie Ehimwenma (RN)
Bellevue Hospital
462 1st Avenue,
New York, New York 10016

Crystal Channel Allman (RN)
Bellevue Hospital
462 1st Avenue,
New York, New York 10016

Emilia C. Okoroma (RN)
Bellevue Hospital
462 1st Avenue,
New York, New York 10016

Kemp Thane Herzberg (RN)
Bellevue Hospital
462 1st Avenue,
New York, New York 10016

The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon those Defendants.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).  Plaintiff also must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 1, 2024
      New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.