```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/06/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALI MOORE,                                        :        22-CV-10957 (LGS) (RWL)

                           Plaintiff,   :

                           :

          - against -               :        **ORDER**

                           :

CITY OF NEW YORK, et al,      :

                           :

                     Defendants.  :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the case management conference held by telephone on November 6, 2024:

1.    By **November 20, 2024**, the New York City Defendants, after meeting and conferring with the other defendants, shall provide Plaintiff with a proposed case management plan and schedule. By **November 27, 2024**, Plaintiff shall provide any comments to the New York City Defendants. The parties shall attempt to meet and confer by phone to discuss any disagreements. By **December 6, 2024**, the New York City Defendants shall file with the Court the proposed case management plan and schedule, noting any disagreements. Also by **December 6, 2024**, and after meeting and conferring as to its terms with the other defendants and with Plaintiff, the New York City Defendants shall file a proposed protective order for protection of confidential information (such as sensitive personal health information).

2.    The Morning Side defendants' oral motion to stay discovery as to them pending decision on their motion to dismiss is denied.

1

3. If Plaintiff wants to include as defendants any of the individuals identified by Defendants in response to the Court's Valentin orders, then by **November 27, 2024**, Plaintiff shall file a Fifth Amended Complaint that includes those individuals by name in the caption and any relevant allegations as to their involvement. The individuals identified by Defendants are those in the Defendants' letters filed at docket numbers 190, 207, and 224.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 6, 2024
        New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.