UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ALI MOORE

                                        Plaintiff,

            -against-                        **NOTICE OF APPEARANCE**

                                                            22 Civ. 10957

CITY OF NEW YORK, et al.,

                                        Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that Joseph Zangrilli, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for Defendants the City of New York, Sanjay Bajnauth, David Castro, Nilsa Patricio, and Kevin Rosas. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:        New York, New York
                December 31, 2024

                                                  MURIEL GOODE-TRUFANT
                                                  Corporation Counsel of the City of
                                                       New York
                                                  *Attorney for Defendants City, Bajnauth,*
                                                       *Castro, Patricio, & Rosas*
                                                     100 Church Street,
                                                   New York, New York 10007
                                                   P: (212) 356-2657

                                             By:    Joseph Zangrilli/s/
                                                           Joseph Zangrilli, Esq.
                                                           *Senior Counsel*

- 2 -

Cc: **VIA ECF**
*All counsel of record*

**VIA FIRST CLASS MAIL**
Ali Moore
2506 E. Overland Avenue
Baltimore, MD 21214
*Plaintiff Pro Se*