UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALI MOORE,                                              :      22-CV-10957 (LGS) (RWL)

                    Plaintiff,         :

     - against -                                         :      **ORDER**

CITY OF NEW YORK, et al,                             :

                   Defendants.    :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On January 8, 2025, Defendants filed a proposed case management plan and scheduling order. (Dkt. 257.) The Court's order of December 3, 2024 (Dkt. 248) required Plaintiff to provide any comments on the proposed plan by December 23, 2024. Defendants' filing indicates that Defendants mailed the proposed plan to Plaintiff on November 20, 2024, but does not indicate that any response was received. Nor do any comments from Plaintiff appear on the record. Accordingly, the Court will enter the plan as proposed by Defendants, but with modified dates that afford Plaintiff more time with respect to certain deadlines.

                    SO ORDERED.

                    _____
                    ROBERT W. LEHRBURGER
                    UNITED STATES MAGISTRATE JUDGE

Dated: January 15, 2025
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.

1