UUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/31/2025
```

-----------------------------------------------------------------X

ALI MOORE,                                    :        22-CV-10957 (LGS) (RWL)

                   Plaintiff,        :

                                         :

          - against -        :        **ORDER**

                                         :

CITY OF NEW YORK, et al,                       :

                                         :

              Defendants.  :

-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On January 24, 2025, Plaintiff filed a letter to the Court addressing matters such as "malicious hyperlinks" and content missing from his computer that have no connection to the instant case.  *See* Dkt. 266.  This is not the first such filing from Plaintiff that contains material having no relevance to the instant action.  Plaintiff is reminded that the parties may not file extraneous matter with the Court and that doing so is vexatious and unnecessarily consumes judicial resources.  Accordingly, Plaintiff shall not file any material in this case unless it is an application or a response to an application or order  that is connected to the instant case.

The Court also reminds Plaintiff that he may benefit from assistance of the **City Bar Justice Center, which can be contacted at 212-626-7873** or through their website citybarjusticecenter.org/contact/.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 31, 2025
        New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.