```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALI MOORE,                                      :
                                                :   22-CV-10957 (LGS) (RWL)
                      Plaintiff,                :
                                                :
         - against -                            :   Civil Case
                                                :   Management Plan and
                                                :   Scheduling Order
CITY OF NEW YORK, et al.,                       :
                                                :
                      Defendants.   :
                                                :
-------------------------------------------------------------X
```

Unless otherwise ordered by the Court:

**1.** **Initial Disclosures** pursuant to Fed. R. Civ. P. 26(a)(1) will be exchanged no later than April 1, 2025.

**2.** **Amended Pleadings:**

    **a.** No additional parties may be joined after April 30, 2025. Any motion to join after this date will need to meet the good cause requirements of F.R.C.P. 16.

    **b.** No amended pleadings may be filed after April 30, 2025. Any motion to amend after this date will need to meet the good cause requirements of F.R.C.P. 16.8.

**3.** **Fact Discovery:**

    **a.** All fact discovery shall be completed by September 30, 2025.

    **b.** Initial requests for production were/will be served by April 1, 2025. Any subsequent requests for production must be served no later than 45 days prior to the discovery completion deadline.

    **c.** Initial interrogatories shall be served by April 1, 2025. Any subsequent interrogatories must be served no later than 45 days prior to the discovery completion deadline.

    **d.** Depositions shall be completed by September 16, 2025.

    **e.**    Requests to admit shall be served by <u>August 1, 2025</u>.

    **f.**    The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The interim fact discovery deadlines may be altered by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery.

**4.**    **Expert Discovery:**

    **a.**    Expert discovery shall be completed by <u>December 1, 2025</u>.

    **b.**    By <u>August 1, 2025</u>, the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents, and depositions, provided that (i) expert report(s) of the party with the burden of proof shall be due before those of the opposing party's expert(s);and (ii) all expert discovery shall be completed by the date set forth above.

**5.**    **Summary Judgment Motions:** No less than 30 days before a party intends to file a summary judgment motion, and in no event later than the close of discovery, the party shall notify this Court, and the District Judge, that it intends to move for summary judgment and, if required by the District Judge's Individual Practices, request a pre-motion conference.

If pre-motion clearance has been obtained from the District Judge where required, summary judgment motions must be filed no later than 30 days following the close of all discovery if no date was set by the District Judge or, if a date was set by the District Judge, in accordance with the schedule set by the District Judge. If no pre-motion conference is required, summary judgment motions must be filed no later than 30 days following the close of discovery.

Any summary judgment motion must comply with the Federal Rules of Civil Procedure, the Local Rules of this District, and the Individual Practices of the District Judge to whom the case is assigned.

**6.**    **Pretrial Submissions:** The parties shall submit a joint proposed pretrial order and any required accompanying submissions 30 days after decision on the summary judgment motion(s), or, if no summary judgment motion is made, 30 days after the close of all discovery.

    **7.**    **Trial:**

        **a.**    All parties do not consent to a trial before a Magistrate Judge at this time.

        **b.**    The case is to be tried to a jury.

        **c.**    The parties anticipate that the trial of this case will require 5 days.

    **8.**    The parties shall submit a joint status letter every 90 days no longer than 3 pages.

Dated: February 26, 2025        SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.