```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALI MOORE,                                         :       22-CV-10957 (LGS) (RWL)
                          Plaintiff,               :
                                                   :
         - against -                               :       ORDER
                                                   :
CITY OF NEW YORK, et al,                           :
                                                   :
                          Defendants.              :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On February 23, 2025, Plaintiff filed three motions. The motion at Dkt. 268 seeks an unspecified general extension of time, while Dkt. 269 seeks a stay of proceedings. Both are premised on Plaintiff's desire to obtain legal representation and to explore "additional [unspecified] legal options and resources" of which he has become aware. Plaintiff filed this case in 2022. He has received various specific extensions on multiple occasions; and, both at the outset of and during the litigation, he has been provided with contact information for pro se legal clinic services. There is no reason to believe that his efforts will be any more successful now than before; rather, any extension or stay will only create more delay. Accordingly, the requests for a general extension of time and to stay proceedings are DENIED.

The third motion is styled as a "Rough Draft of motion to proceed." It recites thoughts that are rambling and delusional and do not pertain to the subject matter of Plaintiff's claims. The submission does not request any particular relief. Accordingly, the motion is DENIED.

1

Due to a docketing error, the case schedule and plan referenced in Dkt. 264 was not entered on ECF.  Accordingly, the Court is issuing a separate order that sets forth the schedule going forward.  The Court has taken into account the passage of time since mid-January and has adjusted the discovery and related deadlines accordingly.

The Clerk of Court is directed to terminate the motions at Dkts. 268, 269, and 270.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 26, 2025
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.