The "motion to strike" is denied as frivolous.

SO ORDERED:

03/12/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

03/11/25

22cv10957

Ali Moore

**Motion to Strike Down Motions Issued on 08/23/24 Due to Conflict of Interests and Unauthorized Judicial Intervention**

To the Honorable Judges of this Court,

I respectfully submit this motion to strike down the motions issued on 08/23/24 due to grave concerns regarding conflict of interests and the unauthorized initiation of a Notice of Request for Judicial Intervention. Specifically, I assert that I did not grant permission for any monitoring, eavesdropping, or surveillance of my communications, including phone calls. The actions taken are a direct conflict of interests, as I am actively conducting investigative work, and I fear that the integrity of my evidence may be compromised or misinterpreted as a result of these undue interventions.

The failure to provide me with the correct contact information for the Bar Association—where I was unable to obtain a working number—has further hindered my ability to pursue proper legal channels, such as issuing a summons for an unrelated matter. It is evident that the inability to move forward with proper legal procedures has severely impacted my rights and access to justice.

Moreover, the Southern District Court of New York, with its historical association with federal strike forces, presents an insurmountable conflict of interests, given that such entities could potentially have vested interests that directly or indirectly involve me and my case. This raises profound concerns regarding impartiality and the fairness of these proceedings.

The motion filed on 08/23/24, which concerns communication via email, arose from prior interactions and events with an individual named Judge Schofield. I strongly contend that any communications could be taken out of context and potentially manipulated to serve the interests of others, thus undermining my position. This is particularly critical as I have deliberately refrained from sharing specific details after 08/23/24 to test whether any undue interference or tampering would occur in relation to the evidence I am gathering. As such, I prepared a written statement on 08/28/24 to document and formalize my concerns, which I believe warrants the Court's attention and immediate action.

I must also raise the issue of the Court's failure to disclose its affiliation with federal strike forces, which creates an inherent conflict of interest. To date, no information has been provided that acknowledges this connection, which is an essential factor in the transparent and impartial handling of my case.

Between 08/23/24 and 08/28/24, I conducted what may be termed as a "preliminary inquiry" to assess the response to my concerns regarding potential monitoring. I was not acting out of paranoia, but rather out of a well-founded suspicion based on the circumstances at hand. This inquiry was necessary to safeguard my rights and protect the authenticity of the evidence I continue to gather.

For these reasons, I respectfully request that the motions issued on 08/23/24 be struck down, considering that my rights are not further compromised by undue judicial intervention, conflicts of interest, or unlawful surveillance.

Thank you for your attention to this serious matter. I trust the Court will take the necessary steps to rectify these concerns and uphold the principles of fairness and justice.

This is the reason why I asked for a venue transfer from jump.

Respectfully submitted,