```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALI MOORE,                                      :     22-CV-10957 (LGS) (RWL)
                           Plaintiff,           :
                                                :
          - against -                           :     ORDER
                                                :
CITY OF NEW YORK, et al,                        :
                                                :
                           Defendants.          :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Several prospective defendants remain unserved or have been served and not appeared.  They are:

### Served But Not Appeared

NYC Fire Department EMT/EMS Vasquez  (Dkt. 44)

Earl Moore (Dkt. 173)

Karen Eubanks (Dkt. 176)

Officer Gabriela Flores Tapia  (Dkt. 230)

Sergeant Joseph Angelone (Shield 718) (Dkt. 231)

Officer David Franklin (Dkt. 240)

Officer Terrence Pemberton (Dkt. 241)

Officer Francis Senajour (Dkt. 244)

P.O. Georaida Germonsen (Dkt. 245)

Captain David Lopez (Dkt. 250)

**Service Attempted But Failed**

Sergeant Joel Rivera (Dkt. 258)

Chang Young Cho (NP) (Dkt. 259)

Eguagie Ehimwenma (RN) (Dkt. 260)

Crystal Channel Allman (RN) (Dkt. 261)

Kemp Thane Herzberg (RN) (Dkt. 262)

Emilia C. Okoroma (RN) (Dkt. 263)

By **April 18, 2025**, Counsel for the New York City Defendants shall file a letter indicating (1) whether they represent any of the "served but not yet appeared" defendants; (2) whether they will accept service on behalf of any of the "service attempted but failed" defendants.  By **April 18, 2025**, counsel for New York City Health & Hospitals shall file a letter indicating whether they will accept service on behalf of any of the "service attempted but failed defendants," all but one of whom appear to be (or were) nurses at Bellevue Hospital.

Any defendant who has been served but fails to appear will be subject to default.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 9, 2025
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.

2