22cv10957

05/5/2025

Ali Moore

**Re: Motion to Amend Complaint and Acknowledgment of Timely Filing**

Dear Judge

I am writing to formally notify the Court that I filed my complaint with the Southern District of New York on April 25, 2025. However, despite filing within the required time frame, the Court did not accept my submission, even though the complaint was only two pages long. I respectfully request to amend the complaint to remove certain sensitive information, specifically the family tree details, which I intend to file in separate cases because it is incomplete and did not finish explaining everything on matter - there are era's.

This request is in light of ongoing concerns regarding the handling of my case and the preservation of the integrity of the evidence. I have substantial evidence at my disposal, and I am prepared to present a detailed and explicit account of the facts. However, I remain deeply concerned that the justice system may fail to adequately protect my rights, especially in light of prior incidents where evidence has been tampered with. Despite my efforts to address these matters, I have yet to see any meaningful action from the Court to prevent such attacks on my case.

I will be sending a private letter to provide additional details regarding these concerns. I ask that you take into consideration the seriousness of these issues. I would appreciate it if you could keep an open mind and ensure that my concerns are properly addressed, as I fear the potential alteration of evidence may undermine my case.

Additionally, I seek permission to amend my complaint to remove specific family tree information for a separate cases , which I will reserve for future filings in other cases. It is essential to proceed cautiously and professionally, and I wish to ensure that my request is viewed in a balanced and responsible manner.

Lastly, I want to take a moment to acknowledge the passing of Mark Crutcher, who passed away on March 9, 2023. His death occurred shortly before I filed my cases, which I find to be a significant and perhaps symbolic event in the context of these proceedings. Should know better it was the title of the movie that this was gonna go down l;ike this during 2021 with the federal strike force.

I will be sending you more information later today with more details and suspicious things and evidence.

Also let's not forget that the president immunity act was passed while I was filing my complaint and I'm the only guy that has all three presidents in the documents that i know of who filed it before anyone else. This hole cases is ready about to be taken to the next level,

Time show what i'm really about no limiter,

I look forward to your guidance and assistance in moving forward with this matter.