> The instant motion does not specify to which docket entry it refers. In any event, there is no pending request by the City before the Court. Accordingly, the instant motion is denied as moot.
>
> SO ORDERED:
>
> 6/2/2025
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

`22cv10957
05/30/2025
Ali Alexander Moore

**UNITED STATES DISTRICT COURT**

Case No: [Insert Case Number]

**MOTION IN OPPOSITION TO DEFENDANT'S REQUEST AND NOTICE OF ONGOING DISCUSSIONS, MISINFORMATION, AND NEED FOR FURTHER INVESTIGATION**

Now comes the Plaintiff, [Your Full Name], appearing *pro se*, and respectfully submits this Motion in Opposition to and in support thereof states as follows:

1. **Ongoing Discussions**: Plaintiff and Defendant are currently engaged in discussions that may impact the issues raised in the Defendant's recent filing. Plaintiff respectfully requests that the Court allow time for these discussions to proceed before ruling on the Defendant's request.

2. **Misinformation from Pro Se Office**: Plaintiff has received conflicting or unclear information from the Pro Se Office, which has caused confusion and may have impacted the timeliness or format of Plaintiff's filings. Plaintiff respectfully asks the Court to take this into account.

3. **Need for Further Investigation and Clarification**: Plaintiff is still in the process of gathering facts and assessing how to proceed, including whether to place trust in various actors involved in this case, especially in light of concerns involving broader federal task force operations or other possible influences.

4. **Request for Relief**: In light of the above, Plaintiff respectfully asks the Court to **withhold ruling on the Defendant's request** at this time, and to allow Plaintiff additional time to fully evaluate the situation, correct any confusion arising from misinformation, and possibly reach resolution with the Defendant outside of immediate court action.

WHEREFORE, Plaintiff respectfully requests that this Court:

- Deny or delay any ruling on the Defendant's [motion or request];
- Grant additional time for investigation and ongoing discussions; and

Respectfully submitted,