22cv10957
06/30/2025
Ali Moore

I wish to respectfully highlight that discovery was not yet in effect, resulting in a significant waste of time and resources. Moreover, I must emphasize the misinformation provided to me, initially by the Pro Se Office, which first indicated a deadline of June 30, only to later retract and assert that such a deadline did not exist. Additionally, conflicting information was conveyed regarding the due date for amended complaints and pleadings—initially stated as April 25, then subsequently revised to April 30 2025 .

Compounding these procedural ambiguities, I have also been hindered by ongoing cybercrime issues, which have further complicated my ability to proceed efficiently. I intend to keep my filings succinct and focused, as I face considerable resistance from multiple fronts while endeavoring to file numerous cases.



U.S. District Court - Southern Dis...    •••

(212) 805-0136

↗ Outgoing call
Jun 16 at 1:59 PM
10 min, 18 sec

📞 Call U.S. District Court - Southern Distric...

💬 Text U.S. District Court - Southern Distri...



U.S. District Court - Southern Dis...    •••

(212) 805-0136

↗ Outgoing call
Jun 11 at 4:04 PM
10 min, 31 sec

📞 Call U.S. District Court - Southern Distric...

💬 Text U.S. District Court - Southern Distri...

**U** U.S. District Court – Southern Dis...    •••

(212) 805-0136

↗ Outgoing call
Jun 9 at 4:28 PM
7 min, 35 sec

📞 Call U.S. District Court – Southern Distric...

💬 Text U.S. District Court – Southern Distri...

**U** U.S. District Court – Southern Dis...    •••

(212) 805-0136

↗ Outgoing call
Jun 6 at 4:35 PM
2 min, 52 sec

📞 Call U.S. District Court – Southern Distric...

💬 Text U.S. District Court – Southern Distri...



**U.S. District Court - Southern Dis...**

•••

(212) 805-0136



Outgoing call
Jun 2 at 3:44 PM
10 min, 2 sec

Call U.S. District Court - Southern Distric...

Text U.S. District Court - Southern Distri...



**U.S. District Court - Southern Dis...**    •••

(212) 805-0136

 Outgoing call
Jun 4 at 4:31 PM
6 min, 31 sec

 Call U.S. District Court - Southern Distric...

 Text U.S. District Court - Southern Distri...

 **U.S. District Court - Southern Dis...**    
(212) 805-0136

 Outgoing call
Jun 2 at 4:17 PM
10 min, 9 sec

📞 Call U.S. District Court - Southern Distric...

💬 Text U.S. District Court - Southern Distri...

 **U.S. District Court - Southern Dis...**    
(212) 805-0136

 Outgoing call
Jun 2 at 4:07 PM
8 min, 58 sec

📞 Call U.S. District Court - Southern Distric...

💬 Text U.S. District Court - Southern Distri...

