UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALI MOORE,                                          :        22-CV-10957 (LGS) (RWL)

                              Plaintiff,            :

                                                    :

            - against -                             :                **ORDER**

                                                    :

CITY OF NEW YORK, et al,                            :

                                                    :

                              Defendants.  :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        The Court is in receipt of Plaintiff's letter dated June 30, 2025 (Dkt. 293) and motion

for protective order (Dkt. 294), which asserts "misinformation" that discovery has already

begun.  The motion is DENIED.  On February 26, 2025, the Court entered a case

management plan and scheduling order (Dkt. 271), which established deadlines for

discovery.  Fact discovery is currently proceeding and is due to close by **September 30,**

**2025**.  The Court brings to Plaintiff's attention the following:

        1.      On April 16, 2025, the Court ordered a summons be issued and service

package provided to the U.S. Marshal for service on Mt. Sinai and EMS/EMT Vasquez

(Dkt. 286).  It appears from the docket that the Marshal has not yet executed service.  It

remains Plaintiff's obligation to ensure that service is effected.  The deadline for service

expires July 16, 2025, but may be extended for good cause.

        2.      On May 27, 2025, the City Defendants filed a status report (Dkt. 290)

indicating that they had served initial disclosures in compliance with the case

management order (Dkt. 271) but had not yet received initial disclosures from Plaintiff.

As noted above, discovery has commenced, and Plaintiff is obligated to comply with the operative deadlines.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 294.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 3, 2025
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.