UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ALI MOORE,

                              Plaintiff,        **NOTICE OF APPEARANCE**

       -against-

                                        22 Civ. 10957 (LGS) (RWL)

CITY OF NEW YORK, et al,

                            Defendants.

------------------------------------------------------------------------ X

        **PLEASE TAKE NOTICE** that John McLaughlin, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for defendants the City of New York, Sanjay Bajnauth, Antonio Castelluccio, David Castro, David Maldonado, Nilsa Nivar (formerly Nilsa Patricio), and Kevin Rosas. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:       New York, New York
              July 18, 2025

                                     MURIEL GOODE-TRUFANT
                                     Corporation Counsel of the City of
                                      New York
                                   *Attorney for Defendants City, Bajnauth,*
                                      *Castelluccio, Castro, Maldonado, Nivar*
                                      *s/h/a Patricio, and Rosas*
                                      100 Church Street,
                                      New York, New York 10007
                                      P: (212) 356-2670

                              By:    *John McLaughlin /s/*
                                      John McLaughlin, Esq.
                                      *Assistant Corporation Counsel*

- 2 -

Cc:   **<u>VIA FIRST CLASS MAIL</u>**
Ali Moore
2506 East Overland Avenue
Baltimore, MD 21214
*Plaintiff Pro Se*