# PROCESS RECEIPT AND RETURN
**U.S. Department of Justice**
**United States Marshals Service**

*See "Instructions for Service of Process by U.S. Marshal"*

| Field | Value |
|---|---|
| PLAINTIFF | Ali Moore |
| COURT CASE NUMBER | 22cv10957 |
| DEFENDANT | City of New York et al |
| TYPE OF PROCESS | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: EMS/EMT Vasquez, Mount Sinai Morningside (formerly known as Mount Sinai St. Luke's)
ADDRESS: 1111 Amsterdam Avenue, New York, NY 10025

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
Ali Moore
2506 E. Overland Avenue
Baltimore, MD 21214

*[Stamp: U.S. DISTRICT COURT FILED JUL 17 2025 S.D. OF N.Y.]*

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
DATE: 4/17/2025

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY**

| | |
|---|---|
| Total Process | 1 |
| District of Origin No. | 054 |
| District to Serve No. | 054 |
| Date | 4/18/2025 |

[✓] have personally served / [✓] have executed as shown in "Remarks"

Name and title of individual served: **Melissa Valentin, Security Department**
Date: 7/11/25   Time: 1150 am
Signature of U.S. Marshal or Deputy: 31645

**REMARKS:**
Summons & complaint mailed to defendant on 4/18/2025. As of 6/18/25, the U.S. Marshals Service has not received an acknowledgement. Documents personally served on 7/11/2025.

2 hrs × 65 = $130.00
16 miles × .70 = $11.20
**$141.20**

Form USM-285
Rev. 03/21