# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

**U.S. Department of Justice**
United States Marshals Service

| | |
|---|---|
| **PLAINTIFF** Ali Moore | **COURT CASE NUMBER** 22cv10957 |
| **DEFENDANT** City of New York et al | **TYPE OF PROCESS** Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mount Sinai Morningside (formerly known as Mount Sinai St. Luke's)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1111 Amsterdam Avenue, New York, NY 10025

*U.S. DISTRICT COURT FILED JUL 17 2025 S.D. OF N.Y.*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Ali Moore
2506 E. Overland Avenue
Baltimore, MD 21214

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
DATE: 4/17/2025

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. Total Process: 1 | District of Origin No. 054 | District to Serve No. 054 | Date: 4/18/2025

☑ I hereby certify and return that I have personally served...

Name and title of individual served: Melissa Valentin, Security department
Date: 7/11/25  Time: 1137 ☑ am

Signature of U.S. Marshal or Deputy: 31648

**REMARKS**

Summons + complaint mailed to defendant on 4/18/25. As of 6/18/25, the U.S. Marshals Service has not received an acknowledgement. Documents personally served on 7/11/2025.

2 hrs × 65 = $130.00
16 miles × .70 = $11.20
                  $141.20

Form USM-285
Rev. 03/21