22cv10957
07/23/25
Ali Moore

There are no conflicting issues to report, and I hereby do not give any authorization for the interception or surveillance of my computer, telephone, or any electronic communications. Furthermore, I categorically refuse consent to any prolongation or deferment of settlement proceedings. - simplify it, no wire tapping or anything because you have a reputation already for over stepping your bounds. Cyber crimes on my phone former CIA stealing ideals and I think they're mostly women. That would explain the cash payout out of nowhere on February 2025 ending september 30, 2025.

That was your former cia hassing me i believe and told you and asked for help, you were dead weights. Im not forgiving peron. 71 billion for people who helping federal strike forces in new york city and california . 42 usc 1985 and 42 usc 1983