```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALI MOORE,                                      :      22-CV-10957 (LGS) (RWL)
                        Plaintiff,              :
                                                :
        - against -                             :      ORDER
                                                :
CITY OF NEW YORK, et al,                        :
                                                :
                        Defendants.             :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the governing scheduling order, the parties were required to exchange initial disclosures on April 21, 2025. (Dkt. 271.) Although Defendant the City of New York produced its disclosures, Plaintiff has not despite multiple reminders by the City. On July 3, 2025, the Court issued an order reminding Plaintiff that discovery had commenced and that he was obligated to comply with all deadlines. (Dkt. 295.) Despite additional efforts by the City to obtain Plaintiff's compliance, he has still not produced his initial disclosures. On July 14, 2025, the City moved to compel Plaintiff to produce initial disclosures as required under the Federal Rules of Civil Procedure and this Cout's scheduling orders. (Dkt. 296.) The Court issued an order directing that any response by Plaintiff had to be filed by July 28, 2025 and that failure to respond may be grounds alone for granting the relief requested. (Dkt.301.) Plaintiff has not filed any response. Instead, on July 22, 2025, Plaintiff filed a blank form motion to stay (Dkt. 304), which this Court denied. (Dkt. 305.) The following day, Plaintiff filed a two-paragraph missive of inapplicable subject matter referring to unauthorized surveillance, wiretapping, cybercrimes, and the CIA. (Dkt. 306.)

1

Accordingly, it is hereby ORDERED that:

1. Plaintiff must serve his initial disclosures by **August 15, 2025**.

2. If Plaintiff fails to serve initial disclosures by that time, sanctions will be issued, which may include dismissal of the action for failure to prosecute.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 296.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 5, 2025
         New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.