```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALI MOORE,                                              :        22-CV-10957 (LGS) (RWL)
                           Plaintiff,                   :
                                                        :
        - against -                                     :        ORDER
                                                        :
CITY OF NEW YORK, et al,                                :
                                                        :
                           Defendants.                  :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On July 18, 2025, defendant the City of New York filed a letter motion seeking to amend the docket and caption of this case so that they reflect only the parties in the operative Fourth Amended Complaint. (Dkt. 298.) Plaintiff has not filed any opposition.

The first group of individuals that the City asks to be removed include 13 persons that were identified through *Valentin* discovery but who are not included in the caption or otherwise mentioned in the operative Fourth Amended Complaint (Dkt. 86) but nevertheless appear as party defendants on ECF. Despite multiple opportunities to do so, Plaintiff never cured this omission. (*See* Dkts. 232, 256, 286, 289.) The City also requests removal from the caption and docket two other persons (one identified twice under different monikers) previously dismissed from the case. (*See* Dkt. 181.)

The Court finds that the relief requested is warranted and will reduce potential confusion on the docket. Accordingly, the following individuals shall not be included in the caption of the case in the pleadings and shall be terminated as party defendants on the docket:

- Gabriela Flores Tapia

1

- David Franklin
- Tererence Pemberton
- Francis Senajour
- Georaida Germonsen
- Captain David Lopez
- Sergeant Joel Rivera
- Chang Young Cho (NP)
- Eguagie Ehimwenma (RN)
- Crystal Allman (RN)
- Kemp Herzberg (RN)
- Emilia Okoroma (RN)
- Christopher Torturo
- Sanjay Bajnauth
- Sergeant Joseph Angelone
- Police Officer 718

The Clerk of Court is respectfully directed to modify the ECF docket accordingly and terminate the motion at Dkt. 296.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 5, 2025
   New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.

2