22cv10957

Ali Moore

08/13/2025

Proposed High-Vocabulary Rewrite:

*To the Honorable Judge,*

I respectfully wish to place on the record that the letter in question did not arrive until after July 28, 2025. To the best of my recollection, after reviewing all mail received during the relevant time period, there was no record of any attempted delivery from the United States District Court for the Southern District of New York. The only court-related correspondence I became aware of originated from the Federal Court in Baltimore.

Moreover, I did not observe or receive any motions to compel during August. I have in my possession photographic evidence and contemporaneous documentation supporting my recollection that I had neither knowledge of nor access to the relevant mail that would have enabled me to disclose such information in a timely fashion.

The opposing party has been in direct communication with me during this period and, notably, provided no notice whatsoever regarding any pending court filings. In fact, I spoke with the opposing party on August 29, 2025, and there was no mention or advisement of any such court documents.

Separately, I had filed a formal complaint against FedEx for their failure to deliver my iPhone. The driver in question falsely stated that the package had been delivered, although I personally observed the vehicle depart without leaving the customary delivery notice. This matter compelled me to retrieve necessary information from a malfunctioning computer, which has remained inoperative since the previous month. Consequently, I have had no functional mobile phone for approximately two months.

I am prepared to present my evidentiary materials—including photographs, date-stamped envelopes, and correspondence—to substantiate these claims. Furthermore, the Federal Court system in Baltimore can verify my presence at the public library on numerous occasions, where I consistently filed case materials directly in view of court facilities.

Due to these circumstances, combined with my concerns regarding potential foul play, equipment failure, and prolonged lack of phone access, I believe the record should reflect the obstacles I have faced in maintaining full participation in these proceedings.

*Respectfully submitted,*
[Your Name]