22cv10957
Ali Moore
08/14/2025

---

Summary of Extension Request Due to Foul Play and Communication Disruptions

I am requesting an extension of time to meet pending deadlines due to interference and foul play that has impacted my ability to receive and respond to important case-related documents and communications.

- Mail Tampering & Withholding:
    - Mail that was scheduled to arrive on August 4 and 5, 2025 has not been delivered to my residence.
    - I have documented multiple incidents of suspected mail tampering and withholding, including similar occurrences reported in other states.
- Evidence & Documentation:
    - I have recorded proof and have filed or am in the process of filing reports with appropriate authorities regarding suspicious mail handling.
    - These delays have prevented me from receiving timely court, legal, or case-related correspondence.
- Technology Barriers:
    - For several months, I had no functional computer and my phone was inoperable, severely limiting my ability to communicate, prepare filings, or monitor case updates.
- Impact on My Case:
    - Due to delayed mail and lack of working communication devices, I have been unable to review critical documents or respond to deadlines in a timely manner.
    - The situation is beyond my control and is directly affecting my ability to proceed effectively in this matter.
    - Same for other mail from court office, it did not come until July 28, 2025, I'm still waiting for AUGUST 4 ,5 DOCUMENTS. THEY'RE NOT HERE YET
- I WILL SEND THE INFORMATIONS AT&T , BUT I HAVE ALREADY REPORTED THAT SOMEONE HAS INTER THE HOUSE ALREADY.

I have proof and evinces

