22cv10957
0/14/25
Ali Alexander Moore

Motion for Reconsideration

Summary Statement Regarding Request to Overturn Order and Related Misconduct

I respectfully assert that the Court must reconsider and overturn the order entered on July 28, 2025, in light of substantial new cause and corroborating evidence implicating severe procedural and extrajudicial misconduct.

Despite repeated requests for safeguarding measures, I received no substantive protection while critical evidence was stolen and my residence was unlawfully entered on multiple occasions without consent. These incursions resulted in the removal and destruction of material case evidence. I have further cause to state, in earnest, that the matter may involve actions by entities such as the CIA, based on credible observations and interference patterns.

Upon review of the docket sheet and my contemporaneous records, it is evident that the integrity of the evidentiary record has been materially compromised, creating a fundamental miscarriage of justice. Good cause therefore exists for the Court to vacate or amend its prior ruling to preserve the fairness of these proceedings.

In addition, I hereby assert that a manifest conflict of interest exists with the Southern District Court of New York, given its involvement as part of the federal strike forces. This dual role inherently compromises the impartiality and fairness requisite to judicial proceedings. I have patiently awaited rectification of this issue, yet no corrective action has been forthcoming. Consequently, I respectfully petition that the parties be reinstated as defendants by judicial order, rather than omitted from the case. Moreover, the circumstances at hand, supported by substantial cause and evidentiary foundation, unequivocally warrant the institution of overturning discussions to ensure thorough

I am going to make sure the evidence is still there. It is not then that I know the CIA is off the grip involved .  which i already know.

Also you forgot to hide my phone number and the address of me and mother, public record can explain the attacks because you did not think to protect our address and numbers or file motions for concealing Federal judges. Did hear about what happen to the owner of amazon

Hear In January 2020, FTI Consulting claimed that in May 2018 with "medium to high confidence" the phone of Jeff Bezos had been hacked by a file sent from the WhatsApp account of the crown prince of Saudi Arabia, Mohammed bin Salman

So all a person needs is my number and they can access my phone because you guys did not make home information or phone number private on their own court docket sheet. You must not like me, what are you gonna do to make it up for me. I'm learning how to play chinese checkers and chest and this does not looking like fair trial.

Now look at my cases in Baltimore federal court and put it together and bam, I can see your involvement. I'm just not bringing up everything on the docket sheet right now. Obama judges and Jewish judges, - it looks like you know some celebrities who endorsed these policies. I wasn't even done finishing amending my complaint. It seems like you gave room for me to be attacked.

Gunna send you private letter later,

I would like you to reinstate the same defendants which you should do because of evidence and foul play. You made my family an entertainment spectacle, th

Yeah

- Motion for Reconsideration or to Alter/Amend Judgment: This motion asks the judge who issued the order to review it again based on new evidence, errors, or issues like misconduct.