22cv10957
0/14/25
Ali Alexander Moore

MOTION FOR EMERGENCY RELIEF

Statement of Facts and Grounds for Relief:

The undersigned respectfully petitions this Honorable Court for emergency relief on the basis of procedural improprieties and prejudicial actions that have materially undermined the integrity of my pending matter.

At no point was the opposing party, court personnel, or any related entity authorized to place the referenced material upon the public docket sheet. I expressly communicated this prohibition in advance of the posting. In fact, I contemporaneously submitted a Motion to Strike addressing this very issue prior to the contested entry appearing on the docket. Notwithstanding these clear instructions and filings, the item was willfully and improperly placed on the docket on July 16, 2025.

This is not an isolated incident. Multiple prior warnings have been issued by me concerning similar wrongful conduct. The recurrence demonstrates either gross negligence or deliberate misconduct. Moreover, I have substantial reason to believe that the posting was undertaken with calculated intent to sabotage my case.

In the most recent occurrence, I was also provided with patently false procedural information via telephone. Specifically, I was told that removal of the improper docket entry required submission of an additional document—a requirement which has never before applied in my prior, identical circumstances. Such misinformation, whether purposeful or negligent, further impaired my ability to protect my rights in a timely manner.

It is notable that my Motion to Strike was submitted on the same day as my complaint, though it may have been mistakenly filed in an incorrect location due to my self-represented status and lack of legal counsel. Nevertheless, the content was clear, and the instructions therein should have prevented the contested docket activity from occurring at all.

Given the foregoing facts, the procedural history, and the urgency of halting further harm to my legal interests, I contend that the actions taken against me were not only unauthorized but also undertaken in bad faith, with the potentia

Motion for Emergency Relief / Emergency Ex Parte Order

- These are for cases requiring immediate judicial intervention to prevent irreparable harm or serious consequences.
- Courts often review these motions as soon as possible, sometimes within the same day if justified.