22cv10957
08/18/2025
Ali Alexander Moore

I was not apprised of the deadline scheduled for August 11, 2021; this critical information was relayed to me indirectly through correspondence with another defendant, rather than the pro se office, whose assertions proved misleading. Despite my proactive inquiry to the pro se office on August 11, 2025, I was informed solely of a subsequent deadline for August 15, 2025, with no mention of the imminent obligation due that very day. I possess documented evidence corroborating these communications and the resulting lack of disclosure.

Also tell taylor swain to take a look at her cases with me from the other cases to give a response to remove something from the docket sheet.  That was never supposed to be there.

5:59 

 Notes  

August 11, 2025 at 4:38 PM

# August 15 2025