```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALI MOORE,                                    :     22-CV-10957 (LGS) (RWL)
                           Plaintiff,         :
                                              :
         - against -                          :     ORDER
                                              :
CITY OF NEW YORK, et al,                      :
                                              :
                           Defendants.        :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff recently filed five letters with the Court. (*See* Dkts. 309-313.) Much of their content refers to vague matters (e.g., an unidentified "letter in question"); purported dates, deadlines, and events that do not correspond to the docket in this case; and seemingly delusional references to nefarious or suspicious conduct such as mail tampering and CIA activity.

As best the Court can discern, the correspondence reflects concern with two orders recently issued in the case. One order granted Defendants' motion to compel Plaintiff to serve mandatory initial disclosures. (Dkt. 307.) The other granted Defendants' motion to remove from the caption named defendants who were either never served or not otherwise mentioned in the operative complaint. (Dkt. 308.) Both orders issued on August 5, 2025.

Plaintiff intimates that he was not aware of "any motions to compel during August." Defendants, however, served their motion to compel on July 14, 2025. (Dkt. 296.) Moreover, Plaintiff has been reminded several times of his obligations to produce initial disclosures. (*See* Dkt. 296 at 1.)

1

As for the caption order, Plaintiff asks "that the parties be reinstated as defendants ... rather than omitted from the case." (Dkt. 311.) The Court treats the request as a motion for reconsideration. Plaintiff has not, however, offered any reason to warrant reconsideration. He has not identified any fact or law the Court overlooked or any new fact or change in law. Accordingly, the motion for reconsideration is denied.

Finally, Plaintiff's letter at Dkt. 312 is styled as a motion for emergency relief. The motion, however, refers to matters that do not appear to have anything to do with the instant case. Specifically, Plaintiff refers to unspecified material improperly placed on the docket on July 16, 2025, and a Motion to Strike addressing that issue. However, the record does not reflect any item filed on July 16, 2025, or any motion to strike.

Accordingly, the requests for relief in Dkts. 309-313 are denied. The Clerk of Court is respectfully requested to terminate any motions at those docketed items.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 22, 2025
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff at:

Ali Moore,
2506 E. Overland Avenue,
Baltimore, MD 21214