> Plaintiff does not identify any conflict of interest that would warrant recusal of either the undersigned or Judge Schofield. Moreover, Plaintiff has demonstrated that he already is aware that as a litigant he may file a complaint of judicial misconduct if there are grounds to do so. Accordingly, the motion is denied.
>
> SO ORDERED:
>
> 9/16/2025
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

22cv10957

ALI MOORE

09/13/25

## MOTION FOR RECUSAL OF JUDGE DUE TO CONFLICT OF INTEREST AND FAILURE TO DISCLOSE JUDICIAL MISCONDUCT

Plaintiff respectfully submits this motion requesting that the presiding judge remove himself from this case due to conflict of interest and related concerns. In prior, similar proceedings involving the plaintiff, Judge Taylor Swain recused herself based on a conflict of interest, ensuring judicial impartiality and compliance with the standards of conduct applicable to all federal judges.

In the instant case, the undersigned notes that certain defendants, such as law enforcement officers (NYPD), have been dismissed, but the presiding judge has not addressed or corrected his own conflict of interest or made any effort to recuse himself as Judge Swain appropriately did in previous matters.

Further, the judge has not informed the plaintiff about the right or process to file an internal judicial misconduct investigation, despite judicial canons and federal law (see Judicial-Conduct and Judicial-Disability Proceedings Rules) requiring transparency and notice regarding possible judicial misconduct and the process for addressing such concerns. Failure to disclose these rights may itself constitute a form of judicial misconduct.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that:

- The presiding judge immediately recused himself from this case in light of the conflict of interest, consistent with the actions previously taken by Judge Taylor Swain in related cases.
- The court provides clear notice of the right to file a complaint or request an internal investigation into judicial misconduct as set forth in federal judicial conduct rules.
- Any further action required to ensure the integrity, impartiality, and fairness of these proceedings is taken.