UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALI MOORE,                                       :      22-CV-10957 (LGS) (RWL)
                    Plaintiff,       :
                                    :
   - against -                                   :      **ORDER**
                                    :
CITY OF NEW YORK, et al,                  :
                                    :
                    Defendants. :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

For the reasons substantially set forth by Defendants in Dkt. 316, Defendants renewed motion to compel is granted.

1. By **October 30, 2025**, Plaintiff shall serve on Defendants (i) complete initial disclosures as required under Federal Rule of Civil Procedure 26(a)(1); and (ii) complete responses to Defendants' First Set of Interrogatories and First Set of Document Requests. The parties' other discovery obligations are stayed, pending Plaintiff's compliance with the foregoing.

2. **If Plaintiff fails to comply, sanctions will be issued, which may include dismissal of the action for failure to prosecute.**

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 316

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 16, 2025
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff at:

Ali Moore,
2506 E. Overland Avenue,
Baltimore, MD 21214