22cv10957

Ali Moore

09/26/25

The matters concerning the Lumbee Indian Reservation are to be considered a separate issue. These are personal matters to be addressed individually on a one-to-one basis. While some individuals have made observations regarding these issues, they remain private matters to be resolved internally.

The term "pond" has been used to describe the situation, and while certain individuals may treat the matter lightly, it is not appropriate for external involvement. These matters are not for the outside world's concern, nor should this information be published publicly.

Furthermore, the discussions surrounding these issues should not be taken out of context or reflected on the docket sheet.


Also i would point out this new information take a look at in the United States.  I would like you to disgust  this matter on the low. Some things should not be disgusted publicly; it looks bad for nations.

There is more but that is discussions for later  - look at the video



