UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ALI MOORE,                                                                   :         22-CV-10957 (LGS) (RWL)
                             Plaintiff,          :
                                                      :
       - against -                                                 :         **ORDER TO SHOW CAUSE**
                                                      :
CITY OF NEW YORK, et al,                                          :
                                                      :
                           Defendants.    :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       Plaintiff, proceeding pro se, filed this case on December 29, 2022. (Dkt. 1.)

       Pursuant to the governing scheduling order, the parties were required to exchange initial disclosures on April 1, 2025. (Dkt. 271.) Although Defendants produced their disclosures by the Court's deadline and requested Plaintiff do the same, Plaintiff did not.

       On July 3, 2025, the Court issued an order reminding Plaintiff that discovery had commenced and that he was obligated to comply with all deadlines. (Dkt. 295.) Despite the Court's reminder and additional efforts by the City of New York and related defendants (together, the "City") to obtain Plaintiff's compliance, Plaintiff did not produce his initial disclosures.

       On July 14, 2025, the City moved to compel Plaintiff to produce his initial disclosures as required under the Federal Rules of Civil Procedure and this Court's scheduling orders. (Dkt. 296.) Plaintiff was given the opportunity to respond (*see* Dkt. 301), but did not do so. On August 5, 2025, the Court granted the motion to compel and ordered Plaintiff to serve his initial disclosures by August 15, 2025. (Dkt. 307.) The Court also warned Plaintiff that failure to comply may result in sanctions, including "dismissal of the action for failure to prosecute." (*Id.*)

1

On September 16, 2025, the City again moved to compel Plaintiff to produce his initial disclosures and respond to certain of the City's discovery requests. (Dkt. 316.) The Court granted the motion and ordered Plaintiff to produce the requested material by October 30, 2025. (Dkt. 318.) The Court again warned Plaintiff that if he "**fails to comply, sanctions will be issued, which may include dismissal of the action for failure to prosecute.**" (*Id.*)

By letter motion dated December 5, 2025, the City reports that Plaintiff still has not served any initial disclosures, responded to the City's discovery requests, or made any constructive effort to participate in discovery. (*See* Dkt. 320.) The City seeks dismissal of this action for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Accordingly, Plaintiff shall appear for a hearing on **January 7, 2026 at 10:00 a.m., in Courtroom 18D**, United States District Court, 500 Pearl Street, New York, New York 10007 and **show cause** why this case should not be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 9, 2025
          New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff at:

Ali Moore,
2506 E. Overland Avenue,
Baltimore, MD 21214