22cv10957
01/8/2026
Ali Moore
would like to convey that I was unable to attend my scheduled court appearances due to multiple unforeseen circumstances. I have been preoccupied with personal matters and lacked sufficient financial resources to obtain transportation—whether by bus or train—to New York City for the meeting. I only became aware of the meeting on Tuesday, which further limited myability to make arrangements.
Additionally, I have been experiencing severe and persistent head pain, which has significantly affected my capacity to function and focus. At the same time, I have been researching and becoming increasingly aware of issues concerning the so-called "deep state," which I believe may be relevant to my ongoing situation.
On a personal note, my uncle and grandmother both passed away under circumstances that I strongly believe involved deliberate harm. These events have deeply impacted me, both emotionally and psychologically.
Financially, I am also struggling to pay my phone bill, and I have exhausted all affordable travel options to reach New York City. I have made official reports and notifications regarding these incidents, including the attack I experienced while actively working on my case. There is considerable information that I believe will be critical for you to review, especially regarding repeated violations of my human rights.

My grandmother was attacked by CIA to and murder .

Take a look at the Elon Musk chipping technology and bidens chipping policy in.

Also, I have been attacked multiple times by cia. I know there tactics for retaliation for my social economic standpoint.

There have been two murder while working on this cases and I have heads up with mail, you did not send anyone to help.

I believe that we have secret police(CIA assets)  you can't depend on the police in the area because there secret police I believe so. I