UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ALI MOORE,                                    :    22-CV-10957 (LGS) (RWL)
                 Plaintiff,    :
                                                 :
     - against -                              :    **ORDER**
                                                 :
CITY OF NEW YORK, et al,                  :
                                               :
               Defendants.    :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On January 7, 2026, after Plaintiff failed to appear at a show cause hearing, the Court issued a Report and Recommendation for dismissal of Plaintiff's claims without prejudice for failure to prosecute. (Dkt. 322.) On January 8, 2026, Plaintiff filed a letter saying that he was "unable" to attend the hearing because of several reasons, including that he has been "preoccupied with personal matters," lacked sufficient financial resources for transportation, has been experiencing "severe and persistent head pain" which he believes may be connected to the "deep state," his uncle and grandmother passed away, and he and his grandmother "have been attacked" by the CIA. (Dkt. 323.) Nothing in the Plaintiff's letter addresses his ongoing, protracted failure to participate in discovery, which was the basis for the recommendation to dismiss his case for failure to prosecute. Accordingly, the Court finds no reason to vacate or amend its Report and Recommendation.

                                       SO ORDERED.

                                       _____
                                       ROBERT W. LEHRBURGER
                                       UNITED STATES MAGISTRATE JUDGE

2

Dated: January 12, 2026
  New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff at:

Ali Moore,
2506 E. Overland Avenue,
Baltimore, MD 21214