22cv10957

03/20/26

Ali Moore

I am currently investigating and reporting incidents of mail tampering connected to my prior cases involving Johns Hopkins University and the Central Intelligence Agency (CIA). As part of this process, I have been involved in various projects, including correspondence related to Tariq Nasheed and advocacy work concerning systemic injustice and the exposure of concealed activities ("bringing matters out of darkness").

Furthermore, I have evidence substantiating repeated mail interference and instances connected to the deaths of my grandmother and my uncle, Edward Moore. I believe that I am being subjected to forms of retaliation and psychological harassment, including the deliberate disabling of essential facilities such as my shower and toilet, as punishment for my pursuit of justice.

It is my belief that elements within the CIA have historical and operational ties to extremist organizations such as the Ku Klux Klan, and that these connections persist through gestures and symbols resembling Nazi associations. I suspect possible involvement of federal and state actors in actions that amount to capital crimes, including potential complicity in the deaths of my relatives and misconduct involving the Third Circuit Court and federal offices in Maryland. Including. Southern district court of New York and magistrate judge for cases 22cv10957

Also 3rd circuit in Baltimore is lying about cases bring transferred I have call history.  They've been doing this last year. I have my evidence and phone history.